UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:11-CR-7(01) RM |
| | ) | |
| MARCUS HENDERSON | ) | |

## OPINION and ORDER

The court notes receipt of a letter from the defendant, Marcus Henderson, requesting access to the St. Joseph County law library. "[T]he fundamental constitutional right to access to the courts requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law." Bounds v. Smith, 430 U.S. 817, 828 (1977). Bounds has consistently been interpreted to "give the government the choice to provide either access to a law library or access to counsel or other appropriate legal assistance." United States v. Sykes, 614 F.3d 303, 311 (7th Cir. 2010). Mr. Henderson is represented by court-appointed counsel in this case. Accordingly, his request for access to the St. Joseph County Jail law library [Doc. No. 30] is DENIED.

SO ORDERED.

ENTERED:   June 23, 2011

/s/ Robert L. Miller, Jr.
Judge, United States District Court